THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHIEF INDUSTRIES, INC., | ) | 4:10CV3193 |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| WS CONSTRUCTION, INC., | ) | |
| Defendant. | ) | |

Upon the parties' Stipulation and Joint Motion to Dismiss (filing 28), this matter is dismissed with prejudice, including all claims and counterclaims asserted herein, with each party to pay its own costs and attorneys' fees.

DATED this 4th day of May, 2011.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge